THE PEOPLE OF THE STATE OF NEW YORK ex rel.
ALOYSIUS H. WALTERS, by JOHN D. WALTERS, His
Guardian ad Litem, Appellant, *v.* WILLIAM A. PREN-
DERGAST, as Comptroller of the City of New York,
Respondent.

*People ex rel. Walters* v. *Prendergast,* 171 App. Div. 941, affirmed.
(Argued April 11, 1916; decided April 25, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 14, 1916, which affirmed an order of Special Term
denying a motion for a peremptory writ of mandamus to
compel defendant to issue a warrant for arrears of salary
alleged to be due relator for services rendered as clerk in
the department of education in the city of New York.
The relator was appointed clerk in the department of
education at a salary of $300 per annum. Subsequently
the board of education adopted a resolution increasing
his salary to $400 per annum, and a supplemental pay-
roll was prepared and forwarded to the comptroller, who
contends that, as the supplemental payroll represents a
difference in salary between the compensation provided
for the position held by relator in the budget for 1915
and said salary as increased by the board of education,
he cannot audit the same.

*Alfred J. Talley* and *Denis R. O'Brien* for appellant.

*A. Stern* for department of education of city of New
York.

*Lamar Hardy,* Corporation Counsel (*Terence Farley*
and *Charles McIntyre* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.